IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PHILLIP DEBOSE, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:19-CV-326-WHA |
| DONALD VALENZA, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**ORDER**

This case is before the court on a Recommendation of the Magistrate Judge entered on June 6, 2019. Doc. 7. There being no timely objection filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of Plaintiff to comply with the orders of the court and to prosecute this action.

Final Judgment will be entered separately.

Done, this 2nd day of July 2019.

   /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE